1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Gerardo Hernandez
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | GERARDO HERNANDEZ,             ) No.  2:20-cv-02390-TLN-JDP
12 |                                )
   |         Plaintiff,             ) **STIPULATION FOR CONTINUANCE OF**
13 |                                ) **HEARING AND BRIEFING SCHEDULE**
   |     vs.                        ) **ON DEFENDANT'S MOTION TO**
14 |                                ) **DISMISS; ORDER**
   | ARS HOSPITALITY, INC. dba HAMPTON )
15 | INN SUITES CAL EXPO,            )
   |                                ) Current Hearing Date: April 15, 2021
16 |         Defendants.             ) Time: 2:00 p.m.
   |                                ) Courtroom: 2, 15th Floor
17 |                                ) Hon. Troy L. Nunley
   |                                )
18

19     Plaintiff Gerardo Hernandez ("Plaintiff"), and Defendant, ARS Hospitality, Inc. dba

20 Hampton Inn Suites Cal Expo ("Defendant," and together with Plaintiff, "the Parties"), hereby

21 stipulate as follows:

22     **WHEREAS,** Defendant has filed a Motion to Dismiss Complaint which is presently set

23 for hearing on April 15, 2021 with opposition due April 1, 2021 and reply due April 8, 2021

24 (Dkt. 5);

25     **WHEREAS,** Plaintiff's counsel recently learned that Plaintiff is experiencing a serious

26 medical emergency, preventing him from communicating with counsel to prepare his

27 opposition to the motion;

28 //

**NOW, THEREFORE,** pursuant to Local Rule 230(f), the Parties, by and through their respective counsel, respectfully request a continuance of the hearing on the Motion to Dismiss to April 22, 2021 or thereafter at the Court's convenience, with the briefing schedule also extended accordingly pursuant to Local Rules 230(c) and (d).

Dated: April 1, 2021                                    MOORE LAW FIRM, P.C.

                                                                  /s/ Tanya E. Moore
                                                                  Tanya E. Moore
                                                                  Attorney for Plaintiff,
                                                                  Gerardo Hernandez

Dated: April 1, 2021                                    STILLMAN & ASSOCIATES

                                                                  /s/ Philip H. Stillman
                                                                  Philip H. Stillman
                                                                  Attorney for Defendant,
                                                                  ARS Hospitality, Inc. dba Hampton Inn Suites Cal Expo

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss Complaint currently set for April 15, 2021 is continued to April 29, 2021 at 2:00 p.m. in Courtroom 2, before the undersigned. The briefing schedule is also extended pursuant to Local Rules 230(c) and (d).

**IT IS SO ORDERED**.

Dated: April 1, 2021

                                                                  Troy L. Nunley
                                                                  United States District Judge