1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Gerardo Hernandez

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11
    GERARDO HERNANDEZ,                    )  No. 2:20-cv-02390-DJC-JDP
12                                        )
             Plaintiff,                   )  **STIPULATION FOR DISMISSAL OF**
13                                        )  **ACTION WITH REQUEST FOR COURT**
         vs.                              )  **TO RETAIN JURISDICTION TO**
14                                        )  **ENFORCE SETTLEMENT**
    ARS HOSPITALITY, INC. dba HAMPTON     )  **AGREEMENT; ORDER**
15  INN SUITES CAL EXPO;                  )
                                          )
16           Defendant.                   )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
    _____)
21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION WITH REQUEST FOR COURT TO RETAIN
JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT; ORDER

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendant, ARS Hospitality, Inc. dba Hampton Inn Suites Cal Expo ("Defendant"), the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice, except that the Parties hereby request that the Court retain jurisdiction to enter a stipulated judgment in the form attached hereto as Exhibit A, which is to be completed and filed by Plaintiff in the event Defendant defaults on its payment obligations under the parties' settlement agreement. Each party is to bear its own attorneys' fees and costs.

Dated: November 9, 2023                    MOORE LAW FIRM, P.C.

                                           _/s/ Tanya E. Moore_
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Gerardo Hernandez

Dated: November 9, 2023                    STILLMAN & ASSOCIATES

                                           _/s/ Philip H. Stillman_
                                           Philip H. Stillman
                                           Attorneys for Defendant,
                                           ARS Hospitality, Inc.

## ORDER

Pursuant to the parties' stipulated request,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, with each party to bear its own attorney's fees and costs, except that the Court shall retain jurisdiction to enter a stipulated judgment in the form attached hereto as Exhibit A, which is to be completed and filed by Plaintiff in the event Defendant defaults on its payment obligations under the parties' settlement agreement.

**IT IS SO ORDERED**.

Dated:  November 14, 2023                  /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF ACTION WITH REQUEST FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT; ORDER

Page 2